# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MATTHEW D. CELLETTI  
2503 W. 4TH STREET  
DIXON, IL  61021

SSN-xxx-xx-0380

Case Number: 05-72831

Case filed on: 6/4/2005  
Plan Confirmed on: 8/19/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $14,040.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
|  | Total Legal | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| 999 | MATTHEW D. CELLETTI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 6,676.50 | 6,676.50 | 6,676.50 | 834.74 |
| 002 | DELL FINANCIAL SERVICES LP | 200.00 | 200.00 | 200.00 | 21.72 |
| 009 | DAVID & SHIRLEY CELLETTI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 6,876.50 | 6,876.50 | 6,876.50 | 856.46 |
| 002 | DELL FINANCIAL SERVICES LP | 1,150.01 | 1,150.01 | 286.42 | 0.00 |
| 003 | CAPITAL ONE | 870.41 | 870.41 | 216.79 | 0.00 |
| 004 | RESURGENT CAPITAL SERVICES | 2,496.49 | 2,496.49 | 621.78 | 0.00 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES | 2,088.74 | 2,088.74 | 520.22 | 0.00 |
| 006 | AAFES/MIL STAR/EXCHANGE | 136.41 | 136.41 | 33.97 | 0.00 |
| 007 | PORTFOLIO RECOVERY ASSOCIATES | 4,421.56 | 4,421.56 | 1,101.23 | 0.00 |
| 008 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 183.90 | 183.90 | 45.79 | 0.00 |
|  | Total Unsecured | 11,347.52 | 11,347.52 | 2,826.20 | 0.00 |
|  | Grand Total: | 20,824.02 | 20,824.02 | 12,302.70 | 856.46 |

Total Paid Claimant:     $13,159.16  
Trustee Allowance:          $880.84  
Percent Paid Unsecured:       24.91

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008          By  /s/Heather M. Fagan